# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  )
    Tyran T Maxey, Sr.  )  Case No.  15-12311
      )  Chapter 13
    Debtor(s).  )  Judge
      )

## ORDER ALLOWING COMPENSATION FOR REPRESENTATION
## OF CHAPTER 13 DEBTOR

On the application of debtor(s)' counsel for compensation for representing the debtor in this case, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

$ _____ , for legal services through confirmation of the plan.
$ 4000 , for legal services through conclusion of the case.
$ _____ , for legal services after confirmation of the plan.
$ 150 , for reimbursable expenses.
$ 4150 **total fees and reimbursement allowed.**
($ 0 ) less payment received from debtor prior to date of application.
$ 4150 **balance allowed under this order.**

Dated: 7-31-15

ENTER: /s/ Donald R. Cassling

Bankruptcy Judge

Fees payable to: John P. Carlin 6277222